UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD L. WASHINGTON                             CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                                 NO.:14-00493-BAJ-SCR

## RULING AND ORDER

On January 13, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Ronald L. Washington's ("Plaintiff") complaint (Doc. 1) be dismissed without prejudice for failure to pay the court's filing fee. (Doc. 6). On October 29, 2014, the Magistrate Judge issued an order finding that Plaintiff had previously filed at least three actions in federal court that were found to be either frivolous or failed to state a claim upon which relief could be granted. (Doc. 5). As such, and in accordance with 28 U.S.C. § 1915(g), Plaintiff was ordered to pay the court's full filing fee within twenty-one (21) days of the order. (*Id.*). To date, Plaintiff has not paid the filing fee.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 6

at p. 1). A review of the record indicates that the January 30, 2015 deadline has elapsed, and Plaintiff has not filed any objections.

Having carefully considered the Plaintiff's complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 6)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED WITHOUT PREJUDICE**, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 4th day of February, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**